**No. 09-11056. Tyrone Baker, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

562 U.S. 1282, 131 S. Ct. 1715, 179 L. Ed. 2d 611, 2011 U.S. LEXIS 2204.

March 21, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Wall v. Kholi, 562 U.S. 545, 131 S. Ct. 1278, 179 L. Ed. 2d 252 (2011).

Same case below, 369 Fed. Appx. 997.

**No. 10-7435. Marcus Franklin, Petitioner v. United States.**

562 U.S. 1283, 131 S. Ct. 1675, 179 L. Ed. 2d 611, 2011 U.S. LEXIS 2399.

March 21, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Pepper v. United States, 562 U.S. 476, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011).

Same case below, 622 F.3d 650.

**No. 10-8369. Hilton L. Brown, Petitioner v. Larry Small, Warden.**

562 U.S. 1283, 131 S. Ct. 1686, 179 L. Ed. 2d 611, 2011 U.S. LEXIS 2158.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-8395. Raymond L. Semler, Petitioner v. Crow Wing County Social Services, et al.**

562 U.S. 1283, 131 S. Ct. 1687, 179 L. Ed. 2d 611, 2011 U.S. LEXIS 2147.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Minnesota dismissed. See Rule 39.8.